Prob 12C
(Rev. 1/06 D/HI)

**ORIGINAL**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 0 6 2007

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

# United States District Court

## for the

### DISTRICT OF HAWAII

U.S.A. vs. RALPH LUTHER BYRD          Docket No. CR 02-00090DAE-02

## REQUEST FOR COURSE OF ACTION
### (Statement of Alleged Violations of Supervised Release)

   COMES NOW JOYCE K. F. K. LUM, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of RALPH LUTHER BYRD who was placed on supervision by the Honorable Lloyd D. George sitting in the Court at Honolulu, Hawaii, on the 23rd day of September 2003, who fixed the period of supervision at 5 years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

   1. Defendant shall participate in a substance abuse program, which may include drug testing at the discretion and direction of the Probation Office.

   2. That the defendant provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

   3. That the defendant shall submit his person, residence, place of employment or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Alleged Violation(s) of Supervised Release

   That the subject has violated the conditions of his Supervised Release (Probation Form 7A attached) as follows:

   1. On 12/6/2006, the offender pled guilty to Conspiracy to Distribute and Possess With Intent to Distribute 5 Grams or More of Methamphetamine charged in a single-count Information, Criminal No. CR 06-00590DAE, in violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(A) and the General Condition.

Prob 12C
(Rev. 1/06 D/HI)

2

    Based on the above, the U.S. Probation Officer recommends that the offender be brought before the Court for revocation proceedings to show cause why supervision should not be revoked, subsequent to his sentencing in CR 06-00590DAE.

---

PRAYING THAT THE COURT WILL ORDER ONE OF THE FOLLOWING COURSES OF ACTION:

[√] That the offender be brought before the Court for revocation proceedings to show cause why supervision should not be revoked, subsequent to his sentencing in CR 06-00590DAE.

[ ] Other

    I declare under penalty of perjury that the foregoing is true and correct

Executed on   4/4/2007

_____
JOYCE K. F. K. LUM
U.S. Probation Officer

Approved by:

_____
GENE DeMELLO, JR.
Supervising U.S. Probation Officer

---

### ORDER OF COURT

    THE COURT ORDERS that the offender be brought before the Court for revocation proceedings to show cause why supervision should not be revoked, subsequent to his sentencing in CR 06-00590DAE.

    Considered and ordered this 4th day of April, 2007, and ordered filed and made a part of the records in the above case.

_____
DAVID ALAN EZRA
U.S. District Judge

Re:  **BYRD, RALPH LUTHER**
     **Criminal No. CR 02-00090DAE-02**
     **REVOCATION OF SUPERVISED RELEASE**

## STATEMENT OF FACTS

On 9/23/2003, the offender pled guilty in <u>Criminal No. CR 02-00090DAE-02:</u> Counts 4, 5 and 7 - Distribution of Methamphetamine and Count 6 - Possession of Methamphetamine With Intent to Distribute, all in violation of 21 U.S.C. § 841(a)(1). The offender was sentenced to 51 months imprisonment as to each of Counts 4, 5, 6, and 7, with all such terms to run concurrently and 5 years supervised release as to each of Counts 4, 5, 6, and 7, with all such terms to run concurrently with the special conditions noted on the facesheet of the petition. The term of supervised release commenced on 6/13/2005.

As background information, the offender has been on supervision for approximately one year and two months. On 1/14/2005, the offender satisfied his $1,000.00 fine. On 7/1/2006, the offender completed substance abuse aftercare program and all tests were negative for illicit drugs. On 8/4/2005, the offender submitted to DNA collection.

At the onset of supervised release, the offender maintained a stable residence with his son and mother. As to the offender's employment, he was employed during the first seven months on supervision, before he filed for unemployment benefits due to a lack of work. In March 2006, the offender became self-employed marketing his own Teri Sauce. According to a General Excise Tax filing for the month of July 2006, he reported earnings of $2,000.00. The offender maintained this employment until 8/30/2006 when he was arrested for the drug offense alleged in Violation No. 1.

As Your Honor may recall, on 9/19/2006, the Probation Office notified Your Honor of the offender's arrest for the offense charged in Violation No. 1. The violation is as follows:

**<u>Violation No. 1 - On 12/6/2006, the offender pled guilty to a single-count Information charged in Criminal No. CR 06-00590DAE, Conspiracy to Distribute and Possess With Intent to Distribute 5 Grams or More of Methamphetamine</u>**

According to the Presentence Report prepared for Criminal No.06-00590DAE, from a time unknown up through and including on or about 8/30/2006, the offender, along with Bobby Vallesteros and Herbert Padilla Carino, knowingly and intentionally conspired to distribute and to possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(A). On 8/30/2006, the defendant was arrested by the Drug Enforcement Administration. The offender has remained in custody since his arrest on 8/30/2006.

Re:  **BYRD, RALPH LUTHER**
**Criminal No. CR 02-00090DAE-02**
**REVOCATION OF SUPERVISED RELEASE**
**STATEMENT OF FACTS - Page 2**

It is our intent to schedule the revocation hearing subsequent to the offender's sentencing in Criminal No. 06-00590DAE.

Respectfully submitted by,

JOYCE K. F. K. LUM
U.S. Probation Officer

Approved by:

GENE DeMELLO, JR.
Supervising U.S. Probation Officer

JKFKL/tcp

Re:   **BYRD, RALPH LUTHER**
      **Criminal No. CR 02-00090DAE-02**
      **REVOCATION OF SUPERVISED RELEASE**
      **STATEMENT OF FACTS - Page 3**


**NOTICE OF ADDITIONAL CONDITION(S) OF SUPERVISION THAT MAY WARRANT CONSIDERATION**

   There do not appear to be any circumstances that warrant imposition of additional conditions at this time.