AO 245D   (Rev. 12/03) Sheet 1 - Judgment in a Criminal Case for Revocation

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 2 2 2007

at __10__ o'clock and __16__ min. __A__ M
SUE BEITIA, CLERK

# United States District Court
## District of Hawaii

UNITED STATES OF AMERICA
v.
**RALPH LUTHER BYRD**
(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Criminal Number: 1:02CR00090-002
USM Number: 88919-022
**STUART FUJIOKA, ESQ.**
Defendant's Attorney

**THE DEFENDANT:**
[✔] admitted guilt to violation of condition(s) __General condition__ of the term of supervision.
[ ] was found in violation of condition(s) ____ after denial or guilt.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) ____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:   **4658**

Defendant's Residence Address:
**Ewa Beach, HI 96706**

Defendant's Mailing Address:
**Ewa Beach, HI 96706**

MAY 1, 2007
Date of Imposition of Sentence

Signature of Judicial Officer

**DAVID ALAN EZRA**, United States District Judge
Name & Title of Judicial Officer

MAY 2 2 2007
Date

AO 245 D (Rev. 3/95) Judgment in a Criminal Case for Revocation Sheet I

| CASE NUMBER: | 1:02CR00090-002 | |
|---|---|---|
| DEFENDANT: | RALPH LUTHER BYRD | Judgment - Page 2 of 3 |

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | Offender pled guilty to a single-count Information charged in CR 06-00590DAE, Conspiracy to distribute and possess with intent to distribute 500 grams or more of methamphetamine | 12/6/206 |

AO 245B     (Rev. 6/05) Judgment in a Criminal Case
                 Sheet 2 - Imprisonment

CASE NUMBER:     1:02CR00090-002                    Judgment - Page 3 of 3
DEFENDANT:       RALPH LUTHER BYRD

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: <u>28 MONTHS</u>

This term consists of TWENTY-EIGHT(28) MONTHS, as to CR 02-00090DAE, to be served consecutively to the term of 146 MONTHS, as to Count 1 of the Felony Information in CR 06-00590DAE.

[✔]     The court makes the following recommendations to the Bureau of Prisons:
         FCI Taft, CA.

[✔]     The defendant is remanded to the custody of the United States Marshal.

[ ]     The defendant shall surrender to the United States Marshal for this district.
         [ ] at ___ on ___.
         [ ] as notified by the United States Marshal.

[ ]     The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
         [ ] before _ on ___.
         [ ] as notified by the United States Marshal.
         [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

       Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

                                                                  UNITED STATES MARSHAL

                                       By _____
                                                      Deputy U.S. Marshal